JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. MARKMAN, LISA J. MARKMAN,<br><br>           Plaintiffs,<br><br>   vs.<br><br>DET. JOHN MACCHIARELLA, DET. TERESA PIKOR, DET. SAMER ISSA, DET. RICHARD MOAKLEY, DET. WILLIAM SANDERS, DET. WILLIAM LOZANO, DET. MARIA DINGMAN, LAPD OFFICER MIYAGISHIMA BADGE # 39510, LAPD OFFICER OXFORD BADGE # 39772, CHARLES BECK, JOHN DOE, LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES ADULT PROTECTIVE SERVICES DIVISION, JOE TAVITIAN, VANYA BAAYOUN, ASHOT TADEVOSIAN, SHERYL L. SPILLER, PHILIP L. BROWNING, COUNTY OF LOS ANGELES AND TEN UNKNOWN NAMED DEFENDANTS ("DOES" 1-10), INCLUSIVE,<br>           Defendants | CV12-10792 DSF (JPRx)<br><br>**JUDGMENT** |

1 | The jury having returned a verdict on all claims in favor of
2 | defendants JOHN MACCHIARELLA, TERESA PIKOR, SAMER ISSA, AND
3 | RICHARD MOAKLEY, and against plaintiffs ROBERT S. MARKMAN AND LISA J.
4 | MARKMAN, and all other defendants and claims having been previously dismissed by
5 | plaintiffs,

IT IS ORDERED that:

1. Defendants shall have judgment against plaintiffs on their claims;
2. Plaintiffs shall recover nothing from defendants; and
3. Defendants shall recover from plaintiffs their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED: June 25, 2015  _____

HON. DALE S. FISCHER
United States District Judge